# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>    v.<br><br>DELSID, INC., et al.,<br><br>        Defendants. | Case No. 1:19-cv-01622-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO NOTIFY COURT OF STATUS OF ACTION<br><br>FIVE-DAY DEADLINE |

Jose Acosta ("Plaintiff") filed this action against Delsid, Inc. and Eddie Delsid, Jr. ("Defendants") alleging violations of the Americans with Disabilities Act and state law. On December 16, 2019, Plaintiff returned proofs of service showing that the summons and complaint in this action were personally served on the defendants on December 3, 2019. (ECF Nos. 5, 6.)

Pursuant to the Federal Rules of Civil Procedure, Defendants responsive pleading was due within twenty-one days of December 3, 2019. Fed. R. Civ. P. 12(a)(1)(A). The time to respond to the complaint has passed. Defendants have not responded to the complaint. Plaintiff has not filed a stipulation for an extension of time for Defendants to respond. Nor has Plaintiff moved for entry of default based on Defendants failure to respond to the complaint.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, Plaintiff shall file a written notice of the status of this action. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed for failure to comply and failure to prosecute.

IT IS SO ORDERED.

Dated: __**January 3, 2020**__

UNITED STATES MAGISTRATE JUDGE