# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | Case No. 1:19-cv-01622-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 8) |
| DELSID, INC., et al., | |
| Defendants. | |

On January 7, 2020, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement of this action.  (ECF No. 8.)  Plaintiff requests until February 7, 2020, to file dispositional documents.  (Id.)

Accordingly, it is HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     The parties shall file dispositional documents on or before February 7, 2020.

IT IS SO ORDERED.

Dated:   **January 8, 2020**                                                                 

UNITED STATES MAGISTRATE JUDGE